David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, JANE A. HELLER*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JANE A. HELLER, | Case No. 2:17-cv-02012-MMD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION** |
| SUMMIT COLLECTION SERVICES, | |
| Defendant. | |

Plaintiff JANE A. HELLER and Defendant SUMMIT COLLECTION SERVICES hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 31, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*
*JANE A. HELLER*

By:

/s/ Clifton Young, Esq.
Clifton Young, Esq.
Summit Collection Services
491 Court Street
Reno, NV 89501
*Attorney for Defendant  SUMMIT COLLECTION SERVICES*

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____